834 A.2d 504

James A. DAVIS

v.

WORKERS' COMPENSATION APPEAL BOARD
(CITY OF PHILADELPHIA),

Petition of City of Philadelphia.

Supreme Court of Pennsylvania.

Oct. 16, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October 2003, the Petition for Allowance of Appeal is GRANTED, and the decision of the Commonwealth Court in this case is REVERSED. *See City of Philadelphia v. WCAB (Szparagowski),* 831 A.2d 577, 2003 WL 21959994 (Pa. Aug.18, 2003). The Petition for Permission to File Supplement to Petition for Allowance of Appeal is DENIED.